RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE  12-15-05
BY  _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### FORT POLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal #2:05cr20248-001 |
| vs. | 18 USC 641 |
| Daniel J. Richard | |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

That on or between January 1, 2005, through June 30, 2005, at Fort Polk, Louisiana, of the Western District of Louisiana, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, Daniel J. Richard, did take and carry away, with the intent to steal, property of the United States, to wit: numerous pyrotechnics and M112 demolition charges, property valued at $156.36, in violation of Section 641 of Title 18, United States Code.

Donald W. Washington
United States Attorney

By: John R. Dildy
Special Assistant U.S. Attorney

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No | CVB Location Code |
|---|---|---|---|
| 5573946 | Sa McDaniel | 6509 | WL1 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR ☒ USC □ State Code | Place of Offense |
|---|---|---|
| 01-01-2005 06:38:52 Jan 2005 | 18 USC 641 | Larceny of Government Property |

**Offense Description:** Larceny of Government Property (18 USC 641)

## DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Richard | Daniel | S |

| City | State | Zip Code |
|---|---|---|
| 1612 Bailey Road Bornice | LA | 71059 |

| Driver's License No | DL State | Social Security No | Date of Birth | Height | Weight |
|---|---|---|---|---|---|
| 102652939 | LA | 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 | 09-26-1978 | 6'00" | 276 |

| Sex | Hair | Eyes |
|---|---|---|
| Male | Brn | Blu |

**VEHICLE DESCRIPTION** VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

MC

**PAY THIS AMOUNT →** $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| Bldg 1946, 1918 15th Street, Fort Polk, LA 71459 | 12-15-2005 | 0845 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20 _____, while exercising my duties as a law enforcement officer in the _____ District of _____

CID # 0387-05

The foregoing statement is based upon
□ my personal observation   □ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)   US Magistrate Judge

CVB Scan 11/18/2005 15:08:28

05-20248-01
7:05 po 8346